EXHIBIT B

An official website of the United States government
Here's how you know

UNITED STATES DEPARTMENT of JUSTICE

MENU

# FOIA.gov

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 3044551

# Success!

## Your FOIA request has been created and is being sent to the Chicago Office.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

Michelle Galbert, FOIA Officer

630-252-2041

michelle.galbert@science.doe.gov

FOIA Requester Service Center

630-252-2041

Kim Donham, FOIA Public Liaison

630-252-2007

kim.donham@science.doe.gov

Michelle Galbert, FOIA Officer
9800 South Cass Avenue
Lemont, IL 60423

---

# Request summary

Request submitted on**July 22, 2026**.

The confirmation ID for your request is **3044551**.

The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Joe Thomas

**Company/organization**
Government Accountability & Oversight

**Email**
info@govoversight.org

---

## Your request

This request concerns records of Lawrence Berkeley National Laboratory ("LBNL"), a Department of Energy Office of Science national laboratory operated by the University of California under contract with the Department. The Department directs that requests for

laboratory records be made to the Department rather than to the contractor, and this request accordingly seeks all responsive records in the Department's possession or control, including records held or maintained on the Department's behalf by its management and operating contractor for LBNL. If another DOE office, such as the Office of Science FOIA office serving the Berkeley Site Office, is the proper recipient, please route this request there and so advise me. 1. The records requested. All email messages sent or received by Michael F. Wehner, Senior Scientist, Applied Mathematics and Computational Research Division, LBNL, between March 1, 2026 and July 21, 2026, inclusive, that satisfy both of the following conditions: (a) The message contains, anywhere in the sender or recipient fields, the subject line, the message body, or any attachment, at least one of these terms: (i) "NASEM"; (ii) "attribute"; (iii) "attribution"; (iv) "RCP 8.5"; (v) "RCP8.5"; (vi) "business as usual"; (vii) "BAU", as a freestanding term; or (viii) "reference scenario"; and (b) The message also contains, anywhere in those same locations, at least one of these terms: (i) "Burger"; (ii) "Sabin"; (iii) "Edling"; (iv) "Merner"; (v) "Heede"; (vi) "Wiles"; (vii) "Worthington"; (viii) "@climateintegrity.org"; or (ix) "climate accountability". This request includes all attachments and the full transmission data showing sender, all recipients, date, and time. The quotation marks and separating semicolons above are not part of any search term; they only enclose and separate the terms. Searches should be run without regard to capitalization. Please treat exact duplicates as non-responsive, so that your office need process only one copy of each responsive record. To further narrow this request, please exclude as non-responsive, and set aside from processing, records that fall into any of the following categories: (a) records sent to broad distribution lists, for example emails from an address beginning with info@, media@, or press@; (b) records that do not name any custodian identified in this request as the sender or as a direct or copied recipient; (c) correspondence that merely receives newsletters, press summaries, or "clippings," such as news services, stories, or opinion pieces, from the original source; (d) subscription emails sent from an external party to the named custodian or custodians; (e) attachments that are draft documents, while still producing the parent email; (f) automatically generated emails not sent by a named individual, for example out-of-office replies; and (g) published or docketed materials, for example pleadings, regulatory comments, ECF notices, news articles, and newsletters, unless forwarded to or from a named custodian with substantive commentary added by the sender. 2. The search should include archived, backup, and separated-employee accounts. The search should cover not only Dr. Wehner's current, active email accounts and files at LBNL, but also any archived or backup email accounts and any accounts preserved under

applicable DOE or contractor records-retention schedules. If Dr. Wehner separates from the laboratory before this request is complete, the records remain subject to FOIA as records in the Department's possession or control. In responding, the agency "shall make reasonable efforts to search for the records in electronic form or format." § 552(a)(3)(C). If any responsive record has been deleted or destroyed, GAO requests that the agency identify the record, state the records-disposition authority under which it was destroyed, and state whether the record was subject to any litigation hold or preservation obligation at the time.

---

## Additional information

7.22.26 GAO DOE LBNL NCA4 FOIA request.pdf

---

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
Please see the attached justifications in the alternative for fee waiver.

**The amount of money you're willing to pay in fees, if any**
$250.00

---

## Request expedited processing

**Expedited processing**
no

---

# Terms of service

## Terms of Service

yes

FOIA.gov

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit CC3.0