EXHIBIT D

An official website of the United States government
Here's how you know

UNITED STATES DEPARTMENT of JUSTICE

MENU

# FOIA.gov

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 3123811

# Success!

## Your FOIA request has been created and is being sent to the Office of Scientific and Technical Information.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

Erin Anderson, FOIA Officer

865-241-5686

FOIA Requester Service Center

865-576-1261

Rebel Powell, FOIA Public Liaison

865-574-1677

Erin Anderson, FOIA Officer

P.O. Box 62
Oak Ridge, TN 37831

# Request summary

Request submitted on**August 24, 2026**.

The confirmation ID for your request is **3123811**.

The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Joe Thomas

**Company/organization**
Government Accountability & Oversight

**Email**
info@govoversight.org

## Your request

This request concerns records of Pacific Northwest National Laboratory ("PNNL"), a Department of Energy Office of Science national laboratory in Richland, Washington managed and operated for the DOE by the Battelle Memorial Institute (Battelle) under contract with the Department. The Department directs that requests for laboratory

records be made to the Department rather than to the contractor, and this request accordingly seeks all responsive records in the Department's possession or control, including records held or maintained on the Department's behalf by its management and operating contractor for PNNL. If another DOE office, such as the Office of Science FOIA office serving the Berkeley Site Office, is the proper recipient, please route this request there and so advise me. 1. The records requested. All email messages sent or received by Claudia Tebaldi (sclaudia.tebaldi@pnnl.gov), with the Joint Global Change Research Institute partnership between Pacific Northwest National Laboratory and the University of Maryland, during two separate periods of time, March 1, 2026 and August 24, 2026, inclusive, and also those sent or received between January 20, 2021 through January 30, 2023, inclusive, where the message 1) includes at least one of the following, anywhere whether in the sender or recipient fields, the subject line, the message body, or any attachment: (a) NASEM; (b) Burger; (c) Edling; (d) Merner; € Heede; (f) Wiles; (g) Worthington; (h) @climateintegrity.org; (i) krisebi@uw.edu; (j) BEkwurzel@ucsusa.org; (k) frumhoff@fas.harvard.edu; (l) Jaw2186@columbia.edu; (m) andrea.rodgers@ourchildrenstrust.org; (n) Bensanter1289@gmail.com; (o) jess.wentz@gmail.com; (p) christophercallahan@stanford.edu; and/or (q) douglas.kysar@yale.edu.; and also 2) includes one or more of the following, anywhere: (a) climate accountability; (b) NASEM; (c) endangerment; (d) attribute; (e) attribution; (f) RCP 8.5; (g) RCP8.5; (h) business as usual; (i) business-as-usual, (j) BAU, as a freestanding term; and/or (k) reference scenario. This request includes all attachments and the full transmission data showing sender, all recipients, date, and time. The quotation marks and separating semicolons above are not part of any search term; they only enclose and separate the terms. Searches should be run without regard to capitalization. Please treat exact duplicates as non-responsive, so that your office need process only one copy of each responsive record. To further narrow this request, please exclude as non-responsive, and set aside from processing, records that fall into any of the following categories: (a) records sent to broad distribution lists, for example emails from an address beginning with info@, media@, or press@; (b) records that do not name any custodian identified in this request as the sender or as a direct or copied recipient; (c) correspondence that merely receives newsletters, press summaries, or "clippings," such as news services, stories, or opinion pieces, from the original source; (d) subscription emails sent from an external party to the named custodian or custodians; (e) attachments that are draft documents, while still producing the parent email; (f) automatically generated emails not sent by a named individual, for example out-of-office replies; and (g) published or docketed materials, for example pleadings,

regulatory comments, ECF notices, news articles, and newsletters, unless forwarded to or from a named custodian with substantive commentary added by the sender. 2. The search should include archived, backup, and separated-employee accounts. The search should cover not only Dr. Tebaldi's current, active email accounts and files at PNNL, but also any archived or backup email accounts and any accounts preserved under applicable DOE or contractor records-retention schedules. If Dr. Tebaldi separates from the laboratory before this request is complete, the records remain subject to FOIA as records in the Department's possession or control.

---

## Additional information

8.24.26 GAO DOE PNNL NCA4 FOIA request.pdf

---

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
Please see the attached justifications in the alternative for fee waiver.

**The amount of money you're willing to pay in fees, if any**
$250.00

---

## Request expedited processing

**Expedited processing**
no

---

# Terms of service

## Terms of Service

yes

FOIA.gov

### CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit CC3.0