UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF ENERGY,

Defendant.

Civil Action No. 26-3557 (TNM)

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, United States Department of Energy, by and through undersigned counsel, respectfully moves for a 30-day extension of time until December 14, 2026, to respond to Plaintiff's complaint. (ECF. No. 1). This is Defendant's first request to extend time. Pursuant to Local Civil Rule 7(m), on November 4, 2026, the undersigned conferred with counsel for Plaintiff, who consents only to a 21-day extension.

As grounds for the requested extension, Defendants state as follows:

1. The Complaint in this action was filed on October 12, 2026. (ECF. No. 1).
2. Service was effectuated on October 13, 2026, making the current response deadline November 12, 2026. There is good cause for the requested extension.
3. Additional time is needed to fully confer with agency personnel, gather and review pertinent records, and develop the factual and legal basis for Defendant's forthcoming answer. The agency requires additional time to confer with the FOIA office, locate and review the FOIA requests and determine the status of both requests. This request is made in good faith and not for the purpose of delay.

4. This is first extension request in this matter. No existing court deadlines will be impacted by this extension request other than the existing deadline to respond to Plaintiff's Complaint. Plaintiff will not be prejudiced by this extension request and has partially consented to the requested relief.

5. A proposed order is attached.

Dated: November 5, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*By: /s/ Danielle D. Peraza*
DANIELLE D. PERAZA
DC Bar No. 900938597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 252-1727
Danielle.peraza@usdoj.gov

*Attorneys for the United States of America*