UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>Defendant. | Civil Action No. 26-3557 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's consent motion for extension of time, it is hereby

ORDERED that parties shall file their answer or otherwise respond to the complaint or before December 14, 2026.

**SO ORDERED.**

________________
Date

______________________________
TREVOR N. MCFADDEN
United States District Judge